UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 18-254 (ECT/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION TO** |
| vs. | ) | **SUPPRESS STATEMENT** |
| | ) | |
| MICHAEL PATRICK BUSHEY, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Defendant Michael Patrick Bushey, through undersigned counsel, hereby moves the Court for an Order suppressing his statements from an interrogation of him by law enforcement agents on or about January 27, 2016. The grounds for this motion continuing the trial currently scheduled to being on March 24, 2020. The grounds for this motion are that 1) Mr. Bushey was effectively in custody during the interview within the meaning of <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966) and related cases, but not read his <u>Miranda</u> rights; and 2) Mr. Bushey's statement was not voluntary due to his mental health disabilities and the interrogator's knowledge and manipulation of Mr. Bushey's diminished capacity.

Dated: March 6, 2020                    LAW OFFICE OF JORDAN S. KUSHNER

                                                                         By  s/Jordan S. Kushner
                                                                         Jordan S. Kushner, ID 219307
                                                                         Attorney for Defendant
                                                                         431 South 7th Street, Suite 2446
                                                                         Minneapolis, Minnesota  55415
                                                                         (612) 288-0545